UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QUY NGOC TANG, LEOPOLD GEMMA, and DANIEL BALDONADO, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, ANDREW PASCAL and STEVE WYNN<br><br>Defendants. | CASE NO. 2:09-CV-01243<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to the parties' Stipulated Request to Stay All Further Proceedings and Notice of Conditional Agreement to Dismiss the Case in its Entirety (filed March 26, 2010), and the Joint Status Report re Agreement to Stay the Case in its Entirety (filed June 1, 2010), and good cause appearing, IT IS HEREBY ORDERED that the this action be DISMISSED WITH PREJUDICE, with each party to bear its own fees and costs.

DATED: June 9, 2010

_____
The Honorable James C. Mahan